UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR 1:13-220 |
| EDUARDO JUAREZ GALLEGOS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**David P. Dekle,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** David P. Dekle be granted leave of absence for the following period: **September 11, 2014 through September 17, 2014.**

This 29th day of August, 2014.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia