UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Augusta  Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN -3  AM II: 23

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  1:13CR00220-3 |
| Eduardo Juarez Gallegos, aka "Eddie," aka "Cero" | ) | |
| | ) | USM No:  46274-298 |
| Date of Original Judgment:        January 21, 2015 | ) | David P. Dekle |
| Date of Previous Amended Judgment:  Not Applicable | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED.  [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ____January 21, 2015,____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ___6/3/2016___

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

J. Randal Hall
United States District Judge
_____
Printed name and title