IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-220-3 |
| | * | |
| EDUARDO JUAREZ GALLEGOS | * | |

**O R D E R**

On November 23, 2016, Defendant Gallegos filed a motion for reconsideration of this Court's denial of a sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines, which implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines. U.S.S.G. App. C, amend. 782. Defendant Gallegos states that this Court "did not adequately explain the reason for denying the motion." (Doc. 498, ¶ 1.)

To the contrary, in its Order of June 3, 2016, the Court stated that Defendant was sentenced after the effective date of Amendment 782 and therefore already had the benefit of the two level reduction. (Doc. 481, at 2.)[1] Amendment 782 took effect on November 1, 2014. Defendant was sentenced on January 21, 2015, and therefore had the full benefit of the

---

[1] The Clerk is instructed to provide Defendant a copy of the two-page Order of June 3, 2016, with the service copy of this Order.

changes occasioned by Amendment 782. Accordingly, the motion for reconsideration (doc. 498) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_6th\_\_\_ day of January, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA